GRUARD v. O'REILLY.

(Supreme Court, Appellate Term. June 28, 1900.)

CONVERSION—SALE BY AUTHORITY—EVIDENCE.

Evidence that defendant notified plaintiff that he had decided to sell clothes which he had in his possession, belonging to plaintiff, and that plaintiff answered, "All right," was sufficient to show a sale by authority, and that there was no conversion of the clothes.

Appeal from municipal court of city of New York.

Action by Joseph M. Gruard against Dennis P. O'Reilly. From a judgment in favor of defendant, plaintiff appeals. Affirmed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

Alden & Carpenter, for appellant.

PER CURIAM. There is evidence that defendant notified plaintiff that he had decided to sell the clothes, that plaintiff said, "All right," and that defendant sold the clothes. This evidence supports a finding of a sale by authority, and, if there was such a sale, there was no conversion of the clothes.

Judgment affirmed, with costs.